PROB 49

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall submit to curfew, with location monitoring technology, for a period of 60 days. During this time, the defendant is restricted to the defendant's residence during a set time frame approved by the USPO and shall comply with all requirements as directed by the USPO.

    The defendant shall also submit to home incarceration for four (4) consecutive weekends in July 2023. The defendant shall comply with all curfew and home incarceration requirements as directed by the USPO. The defendant shall maintain a telephone at the defendant's place of residence without any "call forwarding," "Caller ID services," "call waiting," dial-up computer modems, 1-800 long distance call block, fax machine, voice over internet protocol (VOIP), burglar alarm or three-way calling service.

2. The defendant is to pay the cost of the location monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the location monitoring shall be made in accordance with the probation officer's direction.

Witness: _Matthew J. Wzorek_  
U.S. Probation Officer

Signed: _____  
Probationer or Supervised Releasee

Date: June 2, 2023