# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ) <br> DAMIEN CABBLE ) <br> ) <br> ) | CASE NO.: 3:09-CR-84 <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

**NOW COMES** the United States of America, by and through Dena J King, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the substitution of the undersigned Assistant United States Attorney as counsel for the government and termination of AUSA Courtney Randall as attorneys of record in the above- referenced action.

**RESPECTFULLY SUBMITTED**, this the 22nd day of January 2024.

> DENA J. KING
> UNITED STATES ATTORNEY
>
> **/s/ William T. Bozin**
> NC Bar No. 41118
> Assistant United States Attorney
> U.S. Attorney's Office – WDNC
> 227 West Trade Street, Suite 1650
> Charlotte, North Carolina 28202
> william.bozin@usdoj.gov