UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-00084-MOC-SCR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DAMIEN MAURICE CABBLE, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Sentencing. (Doc. No. 150). Having considered Defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Continue Sentencing, (Doc. No. 150), is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar.

Signed: July 10, 2024

Max O. Cogburn Jr
United States District Judge